# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI FAMILY SUPPORT DIVISION and PATRICIA SCOTT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:07CV1526 CEJ |
| KEITH CRAWFORD, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's notice of removal and motion to proceed in forma pauperis. Plaintiffs have received a judgment in state court against defendant for child support. Defendant has removed the case to this Court on the basis that his civil rights are being violated in the state court proceedings. The Court will remand this action without further proceedings.

Under 28 U.S.C. § 1447(c), the Court must remand the action if it appears that subject matter jurisdiction is lacking. This Court does not have jurisdiction over cases arising under state family law. E.g., Kahn v. Kahn, 21 F.3d 859, 861 (8th Cir. 1994); see also Tufano v. Alpert, 968 F. Supp. 112, 113 (E.D.N.Y. 1997) (court lacked subject matter jurisdiction over case brought under 42 U.S.C. § 1983 where litigant sought relief from decision of state family court). As a result, this action shall be

remanded to the state court from which it was removed pursuant to 28 U.S.C. § 1447(c).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **REMANDED** to the Circuit Court for the 22nd Judicial Circuit, St. Louis City, Missouri.

**IT IS FURTHER ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED** as moot.

An Order of Remand shall accompany this Memorandum and Order.

Dated this 29th day of August, 2007.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE